STATE OF CONNECTICUT *v.* TROY BUTLER

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 920 (AC 12460), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided January 10, 1995

GARRETT BUSH III ET AL. *v.* WATER POLLUTION CONTROL AUTHORITY OF THE TOWN OF WATERFORD ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 925 (AC 12534), is denied.

*Conrad O. Seifert,* in support of the petition.

*Lois J. Lawrence,* in opposition.

Decided January 10, 1995

STATE OF CONNECTICUT *v.* ANTONIO D. FARINHA III

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 926 (AC 12956), is denied.

*Michael R. Hasse,* in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided January 10, 1995